IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMUNDO VILLEGAS,

    Petitioner,                                                                    ORDER

v.
                                                                                                    Case No.  26-cv-517-jdp

E. EMMERICH
WARDEN, FCI OXFORD,

    Respondent.

---

Petitioner Raymundo Villegas seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 29, 2026.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 3, 2025 through the date of the petition, June 3, 2026.

ORDER

IT IS ORDERED that:

1.    Petitioner Raymundo Villegas may have until June 29, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.    If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 29, 2026, I will assume that petitioner wishes to withdraw this petition.

Entered this 3rd day of June, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge